UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:19 CR 36 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| MELVIN WRIGHT, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On November 14, 2021, the above-captioned case was referred to Magistrate Judge Thomas M. Parker to conduct the appropriate proceedings, except for sentencing, and to prepare a Report and Recommendation regarding the violation report submitted to the court.

On that same date, the Defendant, represented by Assistant Federal Defender Carolyn Kucharski, appeared before Magistrate Judge Parker for a violation hearing.  The Defendant was advised of the allegations contained in the November 14, 2022 Emergency Request Violation Report and requested a detention and preliminary hearing, which was set for November 17, 2022. At that hearing, Defendant admitted to violation 1 of the follow-up report dated November 15, 2022.  Magistrate Judge Parker issued a Report and Recommendation to this court finding that the Defendant has violated the terms and conditions of his Supervised Release. Defendant was remanded to custody pending sentencing before this court.

A sentencing hearing was held on December 1, 2022. This court has reviewed the Magistrate's Report and Recommendation and finds that it is well-supported. The Defendant has admitted to the violation as set forth in the violation report dated November 15, 2022. As a result, the court finds that the Defendant has violated the terms of his Supervised Release.

The court has considered the factors for sentencing listed in 18 U.S.C. § 3553(a) on the open record and hereby adopts the Magistrate's Report and Recommendation (ECF No. 50.) Based on this court's review of all relevant factors, the court hereby orders that the Defendant's supervised release is revoked. Defendant is sentenced to 9 months custody of the Bureau of Prisons, with credit for time served. No term of supervision shall follow. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

December 2, 2022